# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE SIERRA,**

        **Plaintiff,**

**-vs-**                                                 **Case No. 6:07-cv-1064-Orl-31KRS**

**DELTA QUALITY ENTERPRISES, INC.,**
**and CHRIS CHRISSANTHIDIS,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 27) filed December 4, 2008.

On December 29, 2008, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment is GRANTED, and the Clerk is directed to enter judgment for Plaintiff and against Defendants in the amount of $1,000.00.

    3.    The court reserves judgment to assess costs and attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 20th day of January, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE